**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Kent M. Walker** (admitted *pro hac vice*)
kwalker@Lewiskohn.com
**Michael T. Lane** (admitted *pro hac vice*)
mlane@Lewiskohn.com
**LEWIS KOHN & WALKER LLP**
15030 Avenue of Science, Suite 201
San Diego, California 92128
Telephone:  858.436.1330
Facsimile:  858.436.1349

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; and **ADIDAS AG**, a foreign entity, | Case No. 3:19-cv-02049-HZ |
| Plaintiffs, | Defendant Aviator Nation, Inc.'s **ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT** |
| v. | |
| **AVIATOR NATION, INC.**, a California corporation, | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

PAGE 1 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
              AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

Defendant Aviator Nation, Inc. ("Defendant") hereby answers the First Amended Complaint ("Complaint") of Plaintiffs adidas America, Inc. and adidas AG ("Plaintiffs") as follows:

## INTRODUCTION

1. Defendant admits that the registrations, applications and their corresponding file histories for federal trademarks speak for themselves, and lack sufficient information or belief to answer the remaining allegations of Paragraph 1 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

2. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 2 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

3. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 3 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

4. Defendant admits that the agreements speak for themselves and denies any remaining allegations in Paragraph 4 of the Complaint.

5. Denied.

6. Denied.

7. Defendant admits that Plaintiffs' Complaint speaks for itself. To the extent Plaintiffs make any factual allegations in Paragraph 7, they are denied.

## THE PARTIES

8. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 8 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

PAGE 2 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

9. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 9 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

10. Admitted.

## JURISDICTION AND VENUE

11. Admitted.

12. Defendant denies the allegations of Paragraph 12 of the Complaint, but does not contest personal jurisdiction in this action.

13. Defendant admits the Court has found that venue is proper in this district. Except as expressly admitted herein, the remaining allegations of Paragraph 13 are denied.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

A. **adidas's Three-Stripe Mark.**

14. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 14 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

15. Defendant lacks sufficient information or belief to answer the remaining allegations of Paragraph 15 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

16. Defendant admits that the registrations and file histories at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 16 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

17. Defendant admits that the registrations and file histories at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 17 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

PAGE 3 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
719386.0001/8104112.2    PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

18. Defendant admits that the registration and file history at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 18 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

19. Defendant admits that the registration and file history at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 19 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

20. Defendant admits that the registration and file history at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 20 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

21. Defendant admits that the registration and file history at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 21 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

22. Defendant admits that the registrations and file histories at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 22 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

23. Defendant admits that the registration and file history at the USPTO speak for themselves and lacks sufficient information or belief to answer the remaining allegations of Paragraph 23 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

PAGE 4 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

24. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 24 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

25. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 25 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

26. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 26 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

27. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 27 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

28. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 28 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

29. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 29 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

30. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 30 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

31. Defendant lacks sufficient information or belief to answer the allegations of Paragraph 31 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

PAGE 5 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

32.    Defendant lacks sufficient information or belief to answer the allegations of Paragraph 32 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

**B.    Aviator Nation's Alleged Infringement and the 2012 and 2013 Settlement Agreements.**

33.    Defendant lacks sufficient information or belief to answer the allegations of Paragraph 33 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

34.    Defendant admits that one or more of Plaintiffs communicated objections to Defendant's sales and denies that Defendant or its apparel was infringing and denies any remaining allegations of Paragraph 34 of the Complaint.

35.    Defendant admits that the alleged agreement speaks for itself and denies any remaining allegations in Paragraph 35 of the Complaint.

36.    Defendant admits that the alleged agreement speaks for itself and denies any remaining allegations in Paragraph 36 of the Complaint.

37.    Defendant lacks sufficient information or belief as to what adidas allegedly became aware of and when, and, basing its denial on that ground, denies each and every allegation regarding such awareness therein, denies selling all of the apparel in the time frame alleged and denies any remaining allegations in Paragraph 37 of the Complaint.

38.    Defendant admits that one or more of Plaintiffs communicated objections to Defendant's sales, that the alleged January 2013 Settlement Agreement speaks for itself and denies any remaining allegations in Paragraph 38 of the Complaint.

39.    Defendant admits that the alleged agreement speaks for itself and denies any remaining allegations in Paragraph 39 of the Complaint.

**C.    The Present Dispute and Aviator Nation's Activities.**

PAGE 6 -    ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

40.     Defendant denies breaching the alleged agreement and selling infringing apparel and lacks sufficient information or belief to answer the remaining allegations of Paragraph 40 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

41.     Defendant lacks sufficient information or belief to answer the allegations of Paragraph 41 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

42.     Defendant admits that Plaintiffs sent a letter to Defendant dated July 23, 2018, admits that the letter speaks for itself, denies infringement and denies any remaining allegation of Paragraph 42 of the Complaint.

43.     Defendant admits that the July 23, 2018 letter speaks for itself and denies any remaining allegation of Paragraph 43 of the Complaint.

44.     Defendant admits that its counsel engaged in discussions and exchanges with Plaintiffs' counsel intermittently, with large gaps in between, regarding certain of Plaintiffs' allegations made in the Complaint after July 23, 2018, and denies any remaining allegations or characterizations of Paragraph 44 of the Complaint.

45.     Defendant denies Plaintiffs' allegations of infringement and counterfeiting and lacks sufficient information or belief to answer any remaining allegations of Paragraph 45 of the Complaint and, basing its denial on that ground, denies each and every remaining allegation therein.

46.     Defendant denies breaching the alleged agreement and selling infringing or counterfeit apparel and lacks sufficient information or belief to answer the remaining allegations of Paragraph 46 of the Complaint and, basing its denial on that ground, denies each and every such remaining allegation therein.

47.     Defendant admits that the parties have so far not resolved this dispute and denies any remaining allegations in Paragraph 47 of the Complaint.

PAGE 7 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

48.    Denied.

49.    Denied.

50.    Denied.

51.    Denied.

52.    Denied.

53.    Defendant admits its clothing is not manufactured, produced, distributed, marketed, promoted, offered for sale, or sold by Plaintiffs, and further admits that it is not associated, affiliated or connected with Plaintiffs, and denies the remaining allegations in Paragraph 53 of the Complaint.

54.    Defendant denies infringement and lacks sufficient information or belief to answer the remaining allegations of Paragraph 54 of the Complaint and, basing its denial on that ground, denies each and every remaining allegation therein.

55.    Denied.

56.    Denied.

57.    Denied.

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Infringement)

58.    Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

## SECOND CLAIM FOR RELIEF

### (Trademark Counterfeiting)

63.    Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

PAGE 8 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
         AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

69.     Denied.

## THIRD CLAIM FOR RELIEF

### (Federal Unfair Competition)

70.     Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Denied.

## FOURTH CLAIM FOR RELIEF

### (Federal Trademark Dilution of the Three-Stripe Mark)

75.     Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

76.     Defendant lacks sufficient information or belief to answer the allegations of Paragraph 76 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

77.     Denied.

78.     Denied.

79.     Denied.

## FIFTH CLAIM FOR RELIEF

### (State Trademark Dilution and Injury to Business Reputation)

PAGE 9 -   ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
            AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

80.     Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

81.     Defendant lacks sufficient information or belief to answer the allegations of Paragraph 81 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

## SIXTH CLAIM FOR RELIEF

### (Unfair and Deceptive Trade Practices)

86.     Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

87.     Denied.

88.     Denied.

89.     Denied.

## SEVENTH CLAIM FOR RELIEF

### (Common Law Trademark Infringement and Unfair Competition)

90.     Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

91.     Denied.

92.     Denied.

93.     Denied.

94.     Denied.

## EIGHTH CLAIM FOR RELIEF

### (Breach of Contract)

PAGE 10 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

95.    Defendant repeats and incorporates by reference the answers in the preceding paragraphs.

96.    Defendant lacks sufficient information or belief to answer the allegations of Paragraph 96 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

97.    Defendant lacks sufficient information or belief to answer the allegations of Paragraph 97 of the Complaint and, basing its denial on that ground, denies each and every allegation therein.

98.    Denied.

99.    Denied.

100.    Defendant admits that the alleged April 2012 Settlement Agreement speaks for itself and denies the remaining allegations of Paragraph 100 of the Complaint.

## DENIAL OF PLAINTIFFS' PRAYER FOR RELIEF

In response to the clause following Paragraph 100 of the Complaint, Defendant denies the averments contained in the Prayer for Relief and further deny that Plaintiffs are entitled to any relief whatsoever against Defendant.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiffs, Defendant asserts the following affirmative defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint and each purported cause of action therein fail to state facts sufficient to constitute a cause of action against Defendant including, without limitation, the second cause of action for trademark counterfeiting.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

PAGE 11 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
            AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

The Complaint is barred in whole or in part by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

The Complaint is barred in whole or in part by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel/Acquiescence)

The Complaint is barred in whole or in part by the doctrines of estoppel and/or estoppel by acquiescence.

## FIFTH AFFIRMATIVE DEFENSE

### (No Actions Taken to Suggest Sponsorship or Endorsement)

The Complaint is barred in whole or in part because Defendant has taken no actions that would suggest sponsorship or endorsement by Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

### (Merely Ornamental and/or Decorative Uses)

Plaintiffs' claims are barred in whole or in part by the fact that Defendant's use of stripes on at least some of the accused clothing is merely ornamental and decorative.

## SEVENTH AFFIRMATIVE DEFENSE

### (Aesthetically Functional, Non-Source Identifying, and/or Generic Uses)

Plaintiffs' claims are barred in whole or in part by the fact that Defendant's use of stripes on at least some of the accused clothing is aesthetically functional, non-source identifying and/or generic.

## EIGHTH AFFIRMATIVE DEFENSE

### (Use of Defendant's Marks)

Plaintiffs' claims are barred in whole or in part by the fact that Defendant's use of stripe designs on at least some of the accused clothing includes use of Defendant's trademark

PAGE 12 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

registrations for stripe designs including U.S. Registration Nos. 4550367, 4623495, 4707772, 5052281, 5076084, 5466926 and 5635445.

## NINTH AFFIRMATIVE DEFENSE

### (Classic Fair Use)

The Complaint is barred in whole or in part because at least some of the purported infringing uses are protected by the classic fair use doctrine.

## TENTH AFFIRMATIVE DEFENSE

### (Justification)

Defendant's acts or omissions were justified.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Denial of Supplemental Jurisdiction)

The Court lacks original subject matter jurisdiction over the dozens of different state statutes cited by Plaintiffs in Paragraphs 84 and 88 of the Complaint. The Court should deny supplemental jurisdiction over these state law claims as unduly burdensome on the Court and inordinately taxing on judicial resources.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Alleged Damages)

On information and belief, Plaintiffs failed to take reasonable steps to mitigate, alter, reduce, or otherwise diminish its alleged damages, and accordingly, is barred from recovery of any damages that might have been prevented by such mitigation.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiffs would be unjustly enriched if allowed to recover on their Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Perform Agreement and/or Release)

PAGE 13 - ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

On information and belief, the Complaint is barred in whole or in part by Plaintiffs' breach or failure to perform the alleged agreement that it asserts is breached for its eighth cause of action and by Plaintiffs' release of claims in that alleged agreement.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Preemption by Federal Law)

Plaintiffs' claims are barred in whole or in part because they are preempted by federal patent law, federal copyright law, federal antidilution law, and/or Defendant's federal trademark registrations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (First Amendment)

Plaintiffs' claims are barred in whole or in part because Defendant's uses of striped designs on its apparel is protected by the First Amendment.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrine of unclean hands.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unconscionability)

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrine of unconscionability.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Mistake)

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrines of unilateral, mutual and/or latent ambiguity mistake, misapprehension and/or surprise.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Indefiniteness)

PAGE 14 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrine of indefiniteness.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Misrepresentation and/or Concealment)

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrines of intentional or negligent misrepresentation and/or concealment.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Illegality and/or Public Policy)

Plaintiffs' breach of contract claim is barred in whole or in part on the grounds of illegality and/or public policy.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Ambiguity and/or Parol Evidence)

Plaintiffs' breach of contract claim is barred in whole or in part based on proper application of the ambiguity and/or parol evidence rules.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction and/or Modification)

Plaintiffs' breach of contract claim is barred in whole or in part based on the doctrines of accord and satisfaction and/or modification.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Excuse and/or Discharge)

Plaintiffs' breach of contract claim is barred in whole or in part based on the doctrines of excuse and/or discharge of condition by actual breach, anticipatory repudiation, substantial performance, divisibility of contract, illegality, release and/or lapse.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Reformation)

PAGE 15 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

Plaintiffs' breach of contract claim is barred in whole or in part based on the doctrine of reformation.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' breach of contract claim is barred in whole or in part because Plaintiffs failed to mitigate their damages.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Offset/Setoff)

Plaintiffs' breach of contract claim is barred in whole or in part by the doctrines of offset and/or setoff.

## RESERVATION OF RIGHTS TO ALLEGE OTHER AFFIRMATIVE DEFENSES

Defendant hereby gives notice that they intend to rely upon such other and further defenses as may become available or apparent during the discovery proceedings in the action and hereby reserve the right to amend their Answer to Plaintiffs' Complaint and to assert any such further defense or claim by appropriate motion.

## PRAYER FOR RELIEF

WHEREFORE, as to Plaintiffs' Complaint, Defendant prays for entry of judgment as follows:

1.      That Plaintiffs take nothing by virtue of the Complaint;

2.      For costs of suit incurred herein;

3.      For reasonable attorneys' fees incurred herein; and

4.      For such other and further relief as the Court may deem just and proper.

PAGE 16 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

719386.0001/8104112.2

## DEMAND FOR JURY TRIAL

Defendant respectfully demands a trial by jury on all claims and issues so triable.

DATED:  September 2, 2020

LANE POWELL PC
    Kenneth R. Davis II, OSB No. 971132
    Telephone:  503.778.2100
    Facsimile:  503.778.2200

LEWIS KOHN & WALKER LLP

By____/s/ Kent M. Walker_____
    Kent M. Walker (admitted *pro hac vice*)
    Michael T. Lane (admitted *pro hac vice*)
    Telephone:  858.436.1330
    Facsimile: 858.436.1349
Attorneys for Defendant

PAGE 17 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
        AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  September 2, 2020           /s/ Kent M. Walker___
                                     Kent M. Walker

PAGE 18 -  ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS ADIDAS
           AMERICA, INC. AND ADIDAS AG'S FIRST AMENDED COMPLAINT

719386.0001/8104112.2